[Nos. 8228–8–III; 8230–0–III.   Division Three.   March 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM JOE
FLORY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER
ROBLEDO, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 86–8–00712–2, 86–8–00713–1, Stephen M. Brown, J. Pro Tem., entered October 17, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 10457–1–II.   Division Two.   March 24, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY J.
ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–8–00119–4, Leonard W. Costello, J. Pro Tem., entered October 3, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10649–3–II.   Division Two.   March 24, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY THOMAS,
*Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–1–00383–3, James D. Roper, J., entered December 17, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.